UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v. )<br><br>TERENCE SUTTON )<br>   and )<br>ANDREW ZABAVSKY, )<br><br>   Defendants. ) | Criminal No. 21-0598 (PLF) |

ORDER

Over the past fourteen months – during the pendency of the pretrial proceedings and throughout the approximately eight-week jury trial in this case – the Court has issued over twenty-five written opinions and made scores of oral rulings in open court. The Court's rulings have touched on substantive legal issues and a myriad of evidentiary questions. Its rulings were based on arguments briefed in written, docketed submissions, others raised orally on the record in court, and still others communicated to the Court and counsel via email. In lieu of filings, the Court's trial procedures order invited counsel to send emails on legal matters or evidentiary issues that arose during the course of the trial and were not the subject of a motion in limine or pretrial motion. See Amended Order Regarding Trial Schedule and Procedures [Dkt. No. 308] at ¶ 12. In accordance with this procedure, counsel for all parties frequently sent emails during the evening after the Court adjourned, with responses due by 7:00 a.m. the following morning. See id.

To the extent that the parties now wish to formally preserve any arguments or objections raised via email, counsel shall file such emails on the public docket.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 12/19/22